**DISMISS; Opinion Filed February 7, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00268-CV

**ADETUNJI FASHINA, Appellant**

**V.**

**FEDERAL HOME LOAN MORTGAGE, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-00180-C**

## MEMORANDUM OPINION
Before Justices FitzGerald, Fillmore and Evans
Opinion by Justice Evans

By postcard dated October 15, 2012, the Court notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that if the brief and extension motion were not filed within ten days, the appeal would be dismissed. To date, appellant has not filed a brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).

/David W. Evans/
DAVID W. EVANS
JUSTICE

120268F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADETUNJI FASHINA, Appellant

No. 05-12-00268-CV     V.

FEDERAL HOME LOAN MORTGAGE,
Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-00180-C.
Opinion delivered by Justice Evans.
Justices FitzGerald and Fillmore
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FEDERAL HOME LOAN MORTGAGE recover its costs of this appeal from appellant ADETUNJI FASHINA.

Judgment entered this 7th day of February, 2013.

/David W. Evans/
DAVID W. EVANS
JUSTICE